UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                            )
                                                  )
PJF LIMITED (FAMILY) PARTNERSHIP,  )     Case No. 21-10632-BFK
                                                  )     Chapter 12
                                                  )
            Debtor.                         )

**ORDER TO SHOW CAUSE WHY
CASE SHOULD NOT BE DISMISSED**

On April 12, 2021, the Debtor filed a Voluntary Petition under Chapter 12 with this Court. Docket No. 1. The Voluntary Petition indicates that the Debtor is a corporate debtor however, the Voluntary Petition was not signed or filed by an attorney permitted to appear under LBR 2090-1. Pursuant to Local Bankruptcy Rule 9010-1, corporations and limited liability companies are required to have representation by counsel before this Court. It is, therefore

**ORDERED**:

1.      The Court will hold a hearing on **Thursday, May 6, 2021 at 1:30 p.m.** for the Debtor to show cause, if any, why this case should not be dismissed for lack of counsel for a corporate entity. The Debtor's representative must be present at this hearing.

2.      The hearing will be held remotely via the Court's Zoom for Government (ZoomGov) program. Parties must e-mail a completed registration request form (available at https://www.vaeb.uscourts.gov/wordpress/?wpfb_dl=871) to EDVABK-ZOOM-Judge_Kenney@vaeb.uscourts.gov in accordance with Judge Kenney's procedures for appearing by ZoomGov. This program requires pre-registration that should be completed two (2) business days prior to the hearing date.

1

3.  The Clerk will mail copies of this Order, or will provide counsel with cm-ecf notice of its entry, to the parties below.

Date: Apr 13 2021                              /s/ Brian F Kenney
                                               Brian F. Kenney
                                               United States Bankruptcy Judge

                                               Entered On Docket: April 13, 2021

Copies to:

PJF Limited (Family) Partnership
8080 Enon Church Rd.
The Plains, VA 20198
*Chapter 12 Debtor*

Philip Jay Fetner
8080 Enon Church Rd.
The Plains, VA 20198
*Debtor Representative*

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 12 Trustee*