**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ Division

To: PJF Limited (Family) Partnership
8080 Enon Church Rd.
The Plains, VA 20198

In re    PJF Limited (Family) Partnership

Case No.   21-10632-BFK

Chapter    12

## NOTICE TO CURE CREDITOR MATRIX DEFICIENCY; AND HEARING THEREON

Pursuant to Local Bankruptcy Rule 1007-1, the petition filed by you is deficient for the reason set out below. You must cure the deficiency **on or before** ___April 15, 2021___ .

_____ creditor matrix not uploaded into CM/ECF through Creditor Maintenance.

Upon completion of the upload, docket the event **Creditor Matrix Uploaded/Flash Drive Received**, from the Miscellaneous category of the Bankruptcy Events menu, and terminate the pending deadline.

__✓__ creditor matrix flash drive not submitted to the Clerk, together with Cover Sheet for List of Creditors.

__✓__ creditor matrix not submitted in scannable hard copy format, with Request for Waiver and Cover Sheet for List of Creditors attached.

If you fail to timely cure the deficiency, you must file a response no later than ___April 29, 2021___ and appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Date*: May 6, 2021
*Time*: 1:30 p.m.
*Location*: U. S. Bankruptcy Court, 200 S. Washington St., 2nd Fl., Courtroom I, Alexandria, VA  22314

**If the debtor(s) fails to file a timely response and appear at the hearing, the above-captioned case may be dismissed.**

NOTICE:  **The hearing will be held only if the debtor(s) fails to timely cure the deficiency.**

CLERK, UNITED STATES BANKRUPTCY COURT

Date:   April 13, 2021

By  /s/ Lilian Palacios
          Deputy Clerk

Telephone Number:  703-258-1217

Electronic Notice ___
Notice by Mail   ✓

[ntcrmtrx ver. 12/19]