UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                                           )
                                                                 )
PJF LIMITED (FAMILY) PARTNERSHIP,  )          Case No. 21-10632-BFK
                                                                 )          Chapter 12
                                                                 )
                    Debtor.                            )

ORDER TO SHOW CAUSE WHY
CASE SHOULD NOT BE DISMISSED

On April 12, 2021, the Debtor filed a Voluntary Petition under Chapter 12 with this Court. Docket No. 1. The Voluntary Petition indicates that the Debtor is a corporate debtor however, the Voluntary Petition was not signed or filed by an attorney permitted to appear under LBR 2090-1. Pursuant to Local Bankruptcy Rule 9010-1, corporations and limited liability companies are required to have representation by counsel before this Court. It is, therefore

**ORDERED**:

1. The Court will hold a hearing on **Thursday, May 6, 2021 at 1:30 p.m.** for the Debtor to show cause, if any, why this case should not be dismissed for lack of counsel for a corporate entity. The Debtor's representative must be present at this hearing.

2. The hearing will be held remotely via the Court's Zoom for Government (ZoomGov) program. Parties must e-mail a completed registration request form (available at https://www.vaeb.uscourts.gov/wordpress/?wpfb_dl=871) to EDVABK-ZOOM-Judge_Kenney@vaeb.uscourts.gov in accordance with Judge Kenney's procedures for appearing by ZoomGov. This program requires pre-registration that should be completed two (2) business days prior to the hearing date.

1

3. The Clerk will mail copies of this Order, or will provide counsel with cm-ecf notice of its entry, to the parties below.

Date: Apr 13 2021

/s/ Brian F Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: April 13, 2021

Copies to:

PJF Limited (Family) Partnership
8080 Enon Church Rd.
The Plains, VA 20198
*Chapter 12 Debtor*

Philip Jay Fetner
8080 Enon Church Rd.
The Plains, VA 20198
*Debtor Representative*

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 12 Trustee*

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 21-10632-BFK
PJF Limited (Family) Partnership
Chapter 12
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: palaciosl     Page 1 of 1
Date Rcvd: Apr 13, 2021     Form ID: pdford7     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + PJF Limited (Family) Partnership, 8080 Enon Church Rd., The Plains, VA 20198-9747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 1