UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| PJF LIMITED (FAMILY) PARTNERSHIP, | ) Case No. 21-10632-BFK |
| | ) Chapter 12 |
| | ) |
| Debtor. | ) |

**ORDER GRANTING MOTION TO EXPEDITE HEARING**

The Court has before it the Debtor's Motion to Expedite Hearing on its Motion for Temporary Stay of All Further Pleadings (Docket No. 24) filed by Debtor Designee, Philip Jay Fetner. In light of Mr. Fetner's health concerns, it is

**ORDERED:**

1. The hearing on the Court's Order to Show Cause (Docket No. 3) and Wilmington Savings Bank's Motion to Dismiss Case and For a Bar Order (Docket No. 10) will be continued to **Thursday, May 20, 2021 at 1:30 p.m**.

2. The Chapter 12 Debtor may (but is not required to) file a written response to the Order to Show Cause, and to the Motion to Dismiss Case, by no later than **May 18, 2021, by 5:00 p.m.**

3. The Court will set dates for the filing of Schedules and a Chapter 12 Plan at the hearing on May 20th, if the case is not dismissed.

4. The Court will look with disfavor on any further requests for a continuance. A further continuance will not be granted, absent a showing of extraordinary cause.

5. This Order will serve as notice of the hearing to the parties.

6. The parties must appear via video conference for this hearing through the Court's Zoom for Government (ZoomGov) program. Parties must register in advance through the following link: https://www.zoomgov.com/meeting/register/vJIsdumopzIiHchbLCt4DMEqZLvXUblol_o

1

7. The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Apr 27 2021

/s/ Brian F Kenney

Brian F. Kenney
United States Bankruptcy Judge

Alexandria, Virginia

Entered On Docket: April 27, 2021

Copies to:

PJF Limited (Family) Partnership
8080 Enon Church Rd.
The Plains, VA 20198
*Chapter 12 Debtor*

Philip Jay Fetner
8080 Enon Church Rd.
The Plains, VA 2018
*Debtor Designee*

Andrew J. Narod, Esquire
1615 L Street, N.W., Suite 1350
Washington, D.C. 20036
*Counsel to Wilmington Savings Fund Society, FSB,
Not in Its Individual Capacity but Solely as Trustee for
BCAT 2017-19TT*

Thomas P. Gorman
300 N. Washington Street, Suite 400
Alexandria, VA 22314
*Chapter 12 Trustee*

Michael T. Freeman, Esquire
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel to the U.S. Trustee*