**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>PJF LIMITED (FAMILY) PARTNERSHIP<br><br>Debtor | Chapter 13<br><br>Case No. 21-10632-BFK |

**TRUSTEE'S RESPONSE TO**
**MOTION TO DISMISS AND REQUEST FOR BAR ORDER**

Thomas P. Gorman, Trustee, responds to Motion to Dismiss and Request for Bar Order by stating as follows:
1) No Schedules or Plan have yet been filed in this case.
2) No one appeared on behalf of Debtor at the duly scheduled May 11, 2020 Section 341 Meeting of Creditors.
3) No money has been received by Trustee from or on behalf of Debtor.
4) Trustee has no basis upon which to oppose the relief requested.

Date: _May 12, 2021_____         ___/s/ Thomas P. Gorman_____
                                                             Thomas P. Gorman
                                                             Chapter 13 Trustee
                                                             300 N. Washington Street, #400
                                                             Alexandria, VA 22314
                                                             (703) 836-2226
                                                             VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 12th day of May, 2021, served via ECF to authorized users or mailed a true copy of the foregoing Response to Motion to Dismiss and Request for Bar Order to the following parties.

| | |
|---|---|
| PJF Limited (Family) Partnership<br>Chapter 12 Debtor<br>8080 Enon Church Rd.<br>The Plains, VA 20198 | Andrew Justin Narod, Esq.<br>Attorney for Wilmington Savings Fund<br>Bradley, Arant, Boultm Cummings, LLP<br>1615 L Street Ste. #1350<br>Washington, DC 20036<br>   __/s/ Thomas P. Gorman_____<br>   Thomas P. Gorman |